**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ERNEST WHITFIELD,

    Petitioner,

v.                                                        CASE NO. 8:07-CV-1823-T-30MAP

WALTER A. MCNEIL,

    Respondent.
_____/

**ORDER**

    Before the Court for consideration is Petitioner's Motion to Proceed on Appeal *In Forma Pauperis* (Dkt. 42). Fed. R. App. P. 24(a)(3) states in pertinent part that:

> [a] party who was permitted to proceed in forma pauperis in the district-court action...may proceed on appeal in forma pauperis without further authorization, unless...the district court -- before or after the notice of appeal is filed -- certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding

    Petitioner was permitted to proceed *in forma pauperis* in this action (Dkt. 7). The Court finds, however, that the same considerations that led the Court to dismiss Petitioner's federal habeas petition as untimely also compel the conclusion that an appeal would be frivolous. Consequently, the Court certifies, pursuant to Fed. R. App. P. 24(a), that any appeal in this matter by Petitioner is not taken in good faith, and he may not proceed on

appeal in forma pauperis. *See, Coppedge v. United States*, 369 U.S. 438 (1962)(an appeal is not taken in good faith if the issue presented is frivolous).[1]

ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion to Proceed on Appeal *In Forma Pauperis* (Dkt. 42) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on October 29, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

<u>Copies furnished:</u>
Counsel of Record

---

[1] Petitioner may file a motion to proceed on appeal *in forma pauperis* in the court of appeals within 30 days after service of the Court's notice of denial of Petitioner's motion to proceed in forma pauperis. Fed. R. App. P. 24(a)(5).