UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNEST WHITFIELD,

    Petitioner,

v.                                    CASE NO. 8:07-CV-1823-T-30MAP

WALTER A. MCNEIL, SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This matter is before the Court on remand from the United States Court of Appeals, Eleventh Circuit for fact finding and further proceedings consistent with the Supreme Court's decision in *Holland v. Florida*, 130 S.Ct. 2549 (2010) (Dkt. 49).

Petitioner, a State of Florida prisoner under sentence of death, filed a petition for writ of habeas corpus ("petition") in this Court on October 5, 2007 (Dkt. 1). Respondent filed a motion to dismiss the petition as time-barred (Dkt. 13). Following an evidentiary hearing on the timeliness of the petition, this Court granted Respondent's motion to dismiss and dismissed the petition as time-barred (Dkt. 33). Petitioner appealed. Both this Court and the Eleventh Circuit Court of Appeals denied Petitioner a certificate of appealability (Dkts. 40, 48). The Supreme Court, however, reversed the Eleventh Circuit's judgment in *Holland*,[1]

---

[1] *Holland v. Florida*, 539 F.3d 1334 (11th Cir. 2008).

and remanded for further consideration (Dkt. 49). The Eleventh Circuit subsequently remanded this case to this Court (Id.).

ACCORDINGLY, the Court **ORDERS** that:

1. The **Clerk** is directed to **reinstate** this case to pending status.

2. Petitioner, within sixty (60) days of the date of this Order, shall show cause whether sufficient facts exist that would entitle him to equitable tolling of the one-year limitation period. To the extent that Petitioner contends that equitable tolling is warranted, Petitioner shall submit copies of any documents and/or describe with specificity the evidence that supports the application of equitable tolling.

3. Respondent shall file a response to Petitioner's response within thirty (30) days thereafter.

4. Petitioner's failure to timely file a response to this Order shall be deemed to constitute an admission that no further facts, other than those currently in the record, exist to support equitable tolling.

**DONE** and **ORDERED** in Tampa, Florida on December 28, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished:
Counsel of Record